WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Larry McReynolds,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Green Tree Servicing, LLC,<br><br>　　　　　Defendant. | No. CV-11-651-PHX-DGC<br><br>**ORDER** |

　　　On April 4, 2011, Plaintiff filed a pro se complaint asserting violations of the Fair Credit Reporting Act and various state law claims (Doc. 1) and a motion to proceed without prepaying fees or costs (Doc. 3). On May 26, 2011, Plaintiff filed an amended complaint (Doc. 4) and a motion for leave to amend (Doc. 5). The motions will be granted.

　　　Plaintiff is advised that he is responsible for serving process on Defendant, that is, serving Defendant with a summons and a copy of the complaint pursuant to Rule 4 of the Federal Rules of Civil Procedure. Plaintiff is further advised that he must otherwise become familiar with, and follow, the Federal Rules of Civil Procedure and the Rules of the United States District Court for the District of Arizona ("Local Rules"). *See King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1986) (pro se litigants "must follow the same rules of procedure that govern other litigants"); *Carter v. Comm'r of Internal Revenue*, 784 F.2d 1006, 1008 (9th Cir. 1986) ("Although pro se, [plaintiff] is expected to abide by the rules

of the court in which he litigates."). The Federal Rules of Civil Procedure are available at the following Internet website: http://www.law.cornell.edu/rules/frcp/. A copy of the Court's Local Rules of Civil Procedure may be obtained from the Clerk's Office and are available online at the Court's Internet website: www.azd.uscourts.gov (follow hyperlink titled "Opinions/Orders/Rules").

If Plaintiff fails to prosecute this action, or if he fails to comply with the rules or any Court order, the Court may dismiss the action with prejudice pursuant to Rule 41(b) of the Federal Rule of Civil Procedure. *See Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992); *Ghazali v. Moran*, 46 F.3d 52, 54 (9th Cir. 1995).

**IT IS ORDERED:**

1. Plaintiff's motion to proceed without prepaying fees or costs (Doc. 3) is **granted**.

2. Plaintiff's motion to amend complaint (Doc. 5) is **granted**. The amended complaint filed on May 26, 2011 (Doc. 4) is the operative complaint. Plaintiff is responsible for serving process on Defendant.

Dated this 13th day of June, 2011.

David G. Campbell
United States District Judge